**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6858**

———————————

TYRELL LAMONT JOHNSON,

            Plaintiff - Appellant,

      v.

OFFICER L. CHAFFIN; FRANKS, IHO; CARL MANIS, Regional Administrator; KAREN STAPLETON, Head of DOC Disciplinary Unit; J. HUGHES, DOC Disciplinary Unit; MELVIN DAVIS, Warden of Wallens Ridge State Prison,

            Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Pamela Meade Sargent, Magistrate Judge.  (7:23-cv-00229-PMS)

———————————

Submitted:  February 20, 2025                    Decided:  March 13, 2025

———————————

Before QUATTLEBAUM and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tyrell L. Johnson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell Lamont Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Johnson's claims do not rise to the level of an Eighth or Fourteenth Amendment violation. *See Wilkinson v. Austin*, 545 U.S. 209, 229 (2005); *Sandin v. Conner*, 515 U.S. 472, 484-86 (1995); *Ford v. Hooks*, 108 F.4th 224, 230 (4th Cir. 2024). Accordingly, we affirm the district court's order. *Johnson v. Chaffin*, No. 7:23-cv-00229-PMS (W.D. Va. July 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*